**Opinion issued October 31, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-23-00670-CV**

————————————

**JULIO CESAR GARCIA**, Appellant

**V.**

**DORA MURGAI D/B/A DABB, Appellee**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-52310**

---

**MEMORANDUM OPINION**

Appellant Julio Cesar Garcia filed a Motion to Voluntarily Dismiss his appeal, representing "the parties entered into a Rule 11 Agreement on the record effectively settling th[e] matter." No cross appeal has been filed, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Although Appellant's motion does not include a certificate of conference stating that Appellant conferred or made a reasonable attempt to confer with Appellee Dora Murgai d/b/a Dabb regarding the relief requested in the motion, more than ten days have passed, and no party has expressed opposition to Appellant's motion.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

We grant Appellant's motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  All other pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Rivas-Molloy, and Guerra.